NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERPETUA SAOY-CINCO,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7027

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-1902, Judge Kenneth B. Kramer.

---

**ON MOTION**

---

**ORDER**

Upon review of this recently docketed appeal, it appears that Perpetua Saoy-Cinco's appeal was not timely filed.

On September 20, 2011, the United States Court of Appeals for Veterans Claims entered judgment in Saoy-Cinco's case. The court received Saoy-Cinco's notice of appeal on November 22, 2011, 63 days after the date of judgment.

To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days of the entry of judgment. See 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1) Saoy-Cinco is directed to show cause, within 60 days of the date of filing of this order why this appeal should not be dismissed as untimely. The Secretary of Veterans Affairs may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

JAN 17 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Perpetua Saoy-Cinco
    Tara K. Hogan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 17 2012

JAN HORBALY
CLERK